United States District Court
For the Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9   MAGDALINA KALINCHEVA,

10          Plaintiff,                    No. C 14-2705 PJH

11       v.                               **ORDER TO SHOW CAUSE**

12   JESSE NEUBARTH,

13          Defendant.

_____/

14

15       TO PLAINTIFF MAGDALINA KALINCHEVA:

16       YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING, no later than

17   August 7, 2014, why the above-entitled action should not be dismissed pursuant to 28

18   U.S.C. § 1406(a) for improper venue.

19       Based on the allegations in the complaint and information contained in documents

20   attached to the complaint, the court concludes that both parties to this action are domiciled

21   in the Eastern District of California, and in addition that "a substantial part of the events or

22   omissions giving rise to the claim occurred" there. See 28 U.S.C. § 1391(b)(1), (2).

23   Accordingly, venue is proper in that District, not in the Northern District of California.

24

25   **IT IS SO ORDERED.**

26   Dated:  July 24, 2014

27                                        _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge
28